United States District Court
Southern District of Texas
**ENTERED**
July 21, 2017
David J. Bradley, Clerk

66333.066
\\assb-data\docs\pen garza torpe ord dismiss.doc
7/17/17/GEA/psl

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JORGE ANDRES LOPEZ GARZA<br>PLAINTIFF, | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:15-CV-216 |
| GEMINI TRANSPORT, L.L.C.<br>DEFENDANT. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this _____ day of __7/21/17__, 2017, came on to be considered Plaintiff's Motion to Dismiss with Prejudice in the above cause, and the Court having considered said Motion, is of the opinion that it should be and the same is hereby granted.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that Plaintiff JORGE ANDRES LOPEZ GARZA'S cause of action against Defendant GEMINI TRANSPORT, L.L.C. be dismissed with prejudice.

SIGNED this _____ day of __7/21/17__, 2017.

_[signature]_
JUDGE PRESIDING

APPROVED AS TO FORM:

LAW OFFICES OF JAVIER VILLARREAL, PLLC
2401 Wild Flower Drive, Suite A
Brownsville, Texas 78526
Telephone: (956) 544-4444
Telecopier: (956) 550-0877
jv@jvlawfirm.com

By: _____
    JAVIER VILLARREAL
    State Bar No. 24028097
    Federal ID No: 30384

ATTORNEY FOR PLAINTIFF


ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
SWBC Tower
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228
tadami@adamilaw.com

By: _____
    GRANT E. ADAMI, III
    State Bar No. 00845400

ATTORNEY FOR DEFENDANT